IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:18CR3088 |
| vs. | |
| MAYRA P. JIMENEZ, | ORDER |
| Defendants. | |

IT IS ORDERED:

1) Defendant's motion for temporary modification of the conditions of her release, (Filing No. 301), is granted.

2) Defendant is permitted to travel by vehicle with her family from her home in O'Neill, Nebraska, to Ventura, California, and Oxnard, California, beginning on December 26, 2018, and returning on January 3, 2019.

3) On or before December 17, 2018, Defendant shall provide a more detailed itinerary (e.g., the address of where she will be staying by date, the name and contact information for the persons with whom she will reside, etc.), to pretrial services.

November 30, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge