IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:18CR3088 |
| vs. | |
| MAYRA P. JIMENEZ, | ORDER |
| Defendants. | |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 513), is granted.

2) Defendant is permitted to travel to California from April 15, 2019, through April 26, 2019, to visit her father as he recovers from his involvement in a car accident.

3) Prior to departing, Defendant shall provide information to pretrial services outlining contact numbers, and her transportation and lodging arrangements for the trip.

Dated this 16th day of April, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge