## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | CASE NO.    4:18CR:3088 |
| vs. | |
| MAYRA P. JIMENEZ,<br>Defendant. | **WAIVER OF PERSONAL<br>APPEARANCE AT ARRAIGNMENT<br>AND ORDER** |

Pursuant to Federal Rule of Criminal Procedure 10(b), the Defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the Defendant in this Court.

(1)    The Defendant affirms receiving a copy of the Second superseding indictment;

(2)    The Defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)    The Defendant pleads not guilty to all counts of the Second superseding indictment.

_____
Defendant

9/26/2019
_____
Date

_____
Attorney for Defendant

09/27/19
_____
Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this  1st   day of  October        , 2019.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT